IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-12462 |
| ) | |
| HARVARD UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF JOHN DOE'S MOTION FOR
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65(a), (b) of the Federal Rules of Civil Procedure, Plaintiff John Doe[1] hereby respectfully moves this Court for a temporary restraining order and preliminary injunction, in the form of the attached proposed order. Mr. Doe seeks this relief for the reasons set forth in the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Mr. Doe also requests an oral hearing on his Motion for a preliminary injunction.

---

[1] Mr. Doe is contemporaneously filing a motion seeking leave to proceed under a pseudonym.

DATED:  November 28, 2018        /s/_____
                                 Rebecca LeGrand, BBO #660437
                                 LeGrand Law PLLC
                                 1775 Eye Street NW, Suite 1150
                                 Washington, DC 20006
                                 T: (202) 587-5725
                                 rebecca@legrandpllc.com

                                 Justin Dillon (*pro hac vice* application forthcoming)
                                 William Pittard (*pro hac vice* application forthcoming)
                                 Amelia Schmidt (*pro hac vice* application forthcoming)
                                 KaiserDillon PLLC
                                 1099 Fourteenth Street NW, 8th Floor—West
                                 Washington, DC 20005
                                 T: (202) 640-2850
                                 F: (202) 280-1034
                                 jdillon@kaiserdillon.com
                                 wpittard@kaiserdillon.com
                                 aschmidt@kaiserdillon.com


                                 *Attorneys for Plaintiff John Doe*

# CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1

I hereby certify that on November 27, 2018, I conferred with counsel for Harvard University regarding the content of this motion and the relief requested herein, and that Harvard University opposes the requested relief.

_____
William Pittard (*pro hac vice* application forthcoming)

*Attorney for John Doe*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, I served the foregoing upon the following counsel for Harvard University via e-mail:

Daniel Cloherty
Victoria Steinberg
Todd & Weld LLP
One Federal Street
Boston, MA 02110
617-720-2626

Ellen Fels Berkman
University Attorney
Harvard University
1350 Massachusetts Avenue
The Richard A. and Susan F. Smith Campus Center, Suite 980
Cambridge, MA 02138
(617) 496-1108 (telephone)
(617) 495-5079 (facsimile)
ellen_berkman@harvard.edu

*Attorneys for Defendant Harvard University*

\_\_\_\_\_/s/_____
Rebecca LeGrand