UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-12462-MLW<br>)<br>)<br>)<br>) |

## ORDER

WOLF, D.J.                                                      November 29, 2018

    This case was filed on November 28, 2018 and assigned to me today. Plaintiff seeks relief against Harvard University, including a temporary restraining order. I am a Senior Fellow of the Harvard Kennedy School Carr Center for Human Rights and have an offer to resume teaching as an Adjunct Lecturer at the Kennedy School. There does not appear to be time to consult the parties to determine whether they believe my recusal is required by 28 U.S.C. § 455(a) and, if so, whether they wish to waive any such ground for my recusal under §455(e).

    In view of the foregoing, and the facts that this case has just begun and there are other available judges as to whom no similar questions concerning possible recusal exist, I recuse myself pursuant to 28 U.S.C. §455(a). This case is returned to the Clerk to be randomly reassigned.

                                                    /s/ Mark L. Wolf
                                                    UNITED STATES DISTRICT JUDGE