UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACK DOE,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PRESIDENT AND FELLOWS OF HARVARD  )<br>COLLEGE,  )<br>  )<br>        Defendant.  )<br>  )<br>  )<br>  ) | Case No. 1:18-cv-12462-IT |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Defendant Jack Doe, by and through undersigned counsel, hereby submits this notice of voluntary dismissal, without prejudice, of the above-captioned case.

The parties indicated in a joint status report on December 20, 2018, that they were discussing a resolution of this matter outside of court and would submit an additional status report on the status of those discussions on or before January 4, 2018.  Joint Status Report (Dkt. No. 28).  The parties have reached such a resolution.  As a result, instead of submitting a joint status report, Mr. Doe submits this notice of voluntary dismissal without prejudice.

DATED:  January 4, 2019               Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　Amelia Schmidt (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Justin Dillon (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　William Pittard (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　KaiserDillon PLLC
　　　　　　　　　　　　　　　　　　1099 Fourteenth Street NW, 8th Floor—West
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　T: (202) 640-2850
　　　　　　　　　　　　　　　　　　F: (202) 280-1034
　　　　　　　　　　　　　　　　　　jdillon@kaiserdillon.com
　　　　　　　　　　　　　　　　　　wpittard@kaiserdillon.com
　　　　　　　　　　　　　　　　　　aschmidt@kaiserdillon.com

　　　　　　　　　　　　　　　　　　Rebecca LeGrand
　　　　　　　　　　　　　　　　　　LeGrand Law PLLC
　　　　　　　　　　　　　　　　　　1775 Eye Street NW, Suite 1150
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　T: (202) 587-5725
　　　　　　　　　　　　　　　　　　rebecca@legrandpllc.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Jack Doe*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 4, 2019, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

                                        /s/
                                Amelia J. Schmidt